```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 17820
   SHARON MIXON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1203


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 07/10/2008 and was not confirmed.

    The case was transferred to Glenn Stearns, Trustee on 11/04/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
US BANK NATIONAL         CURRENT MORTG          .00           .00            .00
US BANK NATIONAL         MORTGAGE ARRE    11349.00            .00            .00
HSBC AUTO FINANCE        SECURED VEHIC          .00           .00            .00
HSBC AUTO FINANCE        UNSECURED         NOT FILED          .00            .00
AMERICAN HOME MTG SVC    CURRENT MORTG          .00           .00            .00
AMERICAN HOME MTG SVC    MORTGAGE ARRE     1000.00            .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY          NOT FILED          .00            .00
INTERNAL REVENUE SERVICE PRIORITY          NOT FILED          .00            .00
SPRINT                   UNSECURED         NOT FILED          .00            .00
AT & T BANKRUPCTY        UNSECURED         NOT FILED          .00            .00
MCI                      UNSECURED         NOT FILED          .00            .00
CITY OF CHICAGO DEPT OF  UNSECURED           542.58           .00            .00
GREAT AMERICAN FINANCE   UNSECURED         NOT FILED          .00            .00
GREAT AMERICAN FINANCE   UNSECURED         NOT FILED          .00            .00
HSBC                     UNSECURED         NOT FILED          .00            .00
NICOR GAS                UNSECURED         NOT FILED          .00            .00
LVNV FUNDING             UNSECURED         2422.23            .00            .00
ECMC                     UNSECURED         7774.24            .00            .00
LASHONN SWAIN            NOTICE ONLY       NOT FILED          .00            .00
US BANK HOME MORTGAGE    MORTGAGE NOTI     NOT FILED          .00            .00
COOK COUNTY DEPT OF REVE UNSECURED            37.40           .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY           .00                           .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 17820 SHARON MIXON
```

```
TRUSTEE COMPENSATION                                                       .00
DEBTOR REFUND                                                              .00
                                    ---------------      ---------------
TOTALS                                          .00                        .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 02/24/09                 _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE










                              PAGE   2
          CASE NO. 08 B 17820 SHARON MIXON