IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mixon, Sharon | Case Number: 08 B 17820 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 11/4/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 26, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 969.12 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 905.16 |
| Trustee Fee: | | 63.96 |
| Other Funds: | | 0.00 |
| Totals: | 969.12 | 969.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,481.50 | 905.16 |
| 2. | American Home Mortgage Servicing | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | HSBC Auto Finance | Secured | 0.00 | 0.00 |
| 5. | American Home Mortgage Servicing | Secured | 4,703.25 | 0.00 |
| 6. | GMAC Mortgage Corporation | Secured | 17,712.81 | 0.00 |
| 7. | Cook County Treasurer | Priority | 37.40 | 0.00 |
| 8. | Internal Revenue Service | Priority | 7,578.35 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 777.42 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 112.05 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 79.26 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 242.22 | 0.00 |
| 13. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 14. | AT&T | Unsecured | | No Claim Filed |
| 15. | Great American Finance Company | Unsecured | | No Claim Filed |
| 16. | CBE | Unsecured | | No Claim Filed |
| 17. | AFNI | Unsecured | | No Claim Filed |
| 18. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 19. | Nicor Gas | Unsecured | | No Claim Filed |
| 20. | Great American Finance Company | Unsecured | | No Claim Filed |
| | | | $ 34,724.26 | $ 905.16 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 63.96 |
| | $ 63.96 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mixon, Sharon | Case Number:  08 B 17820 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/10/09 | Filed:  11/4/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*